IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Christopher Lee Norfork
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Avery Halliburton
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1. Parties to this previous lawsuit
     Plaintiffs: Christopher Norfork

     Defendants: _____

     2. Court (if federal court, name the district; if state court, name the county):
        Superior Court, Washington D.C.
     3. Docket Number: _____
     4. Name of judge to whom case was assigned: _____
     5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending
     6. Approximate date of filing lawsuit: July 1st 2009

     7. Approximate date of disposition: _____

-1-

Revised 4/18/08

II. Place of Present Confinement: **Lauderdale County Justice Center**
   A. Is there a prisoner grievance procedure in the institution?
   Yes (✓) No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓) No ( )
   C. If your answer is Yes:
      1. What steps did you take? **requested to carry out Criminal Charges for Criminal Intent**
      2. What was the result? **ruled in favor of me**

   D. If your answer is No, explain why not: _____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff **Christopher Lee Worfork**
      Address **647 Huntington Sto Gates, TN 38037**

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant **Avery Halliburton** is employed as **Janitorial Services**
      at **Halls High School, Halls, TN 38040**

   C. Additional Defendants: _____

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   I clearly stated in writing, to file for a motion on Sept. 1st for a court hearing set date, that I would like to file for a writ to Immediate Possession of Personal Property, I did not receive no follow-up, or any type of response, concerning my request. This case I @filed for 8/9/23 collection of financial compensation, exceeding from a Federal Case I have still pending. The Defendants have been stalking me for an extended amount of time now, July, 3 1993 to be exact, Avery Halliburton has purchased a Residential Property that I own by theft of property, which is the address I'm currently living right now. I was contacted by Lauderdale Sherriff's Dept. about 2 weeks before the date on the Deed that she now has possession of, Aug. 2004, & clearly stated my property is not for sale; & now I'm facing eviction & homelessness.

-2-

Revised 4/08/08

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

    Application for Writ to Immediate Possession of Personal Property, assistance with retrieving a personal asset I own, which is 2009 Ford Mustang Roush Shelby GT 500, registered to Christopher Lee Riley Sr., to 647 Huntingdon St. 38037 on a Roadrunner Auto Shipment. I need the one that's white w/ pink stripes (double)

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 10th day of November, 20 23.

*Christopher Norforth*

(Signature of Plaintiff/Plaintiffs)