UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CHRISTOPHER LEE NORFOLK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 2:23-CV-169-KAC-CRW |
| v. | ) | |
| | ) | |
| AVERY HALLIBURTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Cynthia R. Wyrick's "Report and Recommendation" ("Report") entered on January 3, 2024 [Doc. 4]. On December 6, 2023, Plaintiff Christopher Lee Norfolk filed a complaint alleging that Defendant Avery Halliburton stole his property and that "[t]he Defendants[1] have been stalking [him]" since "July 3, 1993" [Doc. 2 at 1-2]. The Report recommends that the Court deny Plaintiff's request to proceed *in forma pauperis* [Doc. 1] and dismiss Plaintiff's Complaint [Doc. 2] "without prejudice" for "lack of jurisdiction" under Federal Rule of Civil Procedure 12(b)(1) [*See* Doc. 4 at 5]. Neither Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 4] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court:

    **(I)**     **DISMISSES** Plaintiff's claims against Defendant Avery Haliburton **without prejudice**; and

---

[1] Defendant Halliburton is the only Defendant named in Plaintiff's Complaint. As such, it is unclear whether the plural use of "Defendants" was intentional or who any other actor would be.

**(II)** **DENIES** Plaintiff's request to proceed *in forma pauperis* as **MOOT.**

An appropriate judgment shall enter.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge